```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 17767
   LUANN B MADONNA
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-0555


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/01/08 .

   2.  The case was dismissed without confirmation, 10/10/2008.

-----------------------------------------------------------------------
                                                                PRINCIPAL
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST   PAID
                                                         PAID
-----------------------------------------------------------------------
ACCREDITED HOME LENDERS   UNSECURED     NOT FILED         .00      .00
COOK COUNTY TREASURER     UNSECURED     NOT FILED         .00      .00
SELECT PORTFOLIO SERVICI  UNSECURED     NOT FILED         .00      .00
VAN WITZ                  UNSECURED     NOT FILED         .00      .00
ORCHARD BANK              UNSECURED     NOT FILED         .00      .00
      Summary of disbursements:
-----------------------------------------------------------------------
               SECURED   PRIORITY   UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00      .00        .00        .00          .00
PRINCIPAL PAID       .00      .00        .00        .00          .00
INTEREST PAID        .00      .00        .00        .00          .00
TOTAL PAID           .00      .00        .00        .00          .00
The Debtor's attorney, PATRICK A MESZAROS      , was allowed $    774.00
and was paid $    774.00  direct and $     .00 through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 01/21/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 17767 LUANN B MADONNA
```